# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER ALLEN DUBOSE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-242** |
| **MARCUS MYERS, ET AL.** | **SECTION "O"** |

## ORDER

Before the Court in this 42 U.S.C. § 1983 action brought by *pro se* Plaintiff Walter Allen Dubose is the report and recommendation[1] of United States Magistrate Judge Karen Wells Roby. Dubose's Section 1983 suit challenges the conditions of his confinement at Raymond Laborde Correctional Center; he sues the head warden, two assistant wardens, and other "employees" of Raymond Laborde Correctional Center.[2] Raymond Laborde Correctional Center is in Avoyelles Parish, which is within the Western District of Louisiana. 28 U.S.C. § 98(c). Magistrate Judge Roby recommends that the Court transfer this case to the United States District Court for the Western District of Louisiana under 28 U.S.C. § 1406(a) because venue is improper here but proper in the Western District of Louisiana, and transfer to the Western District of Louisiana is "in the interest of justice."[3] 28 U.S.C. § 1406(a). No party objected.

---

[1] ECF No. 3.

[2] ECF No. 1. There is no indication that any Defendant resides in the Eastern District of Louisiana.

[3] ECF No. 3 at 1–3. Transfer is governed by Section 1406(a) because Dubose filed this case in an improper venue. *See* 14D CHARLES A. WRIGHT, ET AL., FEDERAL PRACTICE AND PROCEDURE § 3803.1 (3d ed.) (explaining that Section 1406(a) applies when "the venue chosen by the plaintiff is improper," whereas Section 1404(a) applies "[i]f the original federal forum is a proper venue").

Having considered Dubose's complaint,[4] the relevant law, Magistrate Judge Roby's report and recommendation,[5] and the failure of any party to object to that report and recommendation, the Court approves the report and recommendation and adopts the report and recommendation as the Court's opinion.

Accordingly,

**IT IS ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of Louisiana under 28 U.S.C. § 1406(a).

New Orleans, Louisiana, this 3rd day of March, 2025.

_____<br>
BRANDON S. LONG<br>
UNITED STATES DISTRICT JUDGE

---

[4] ECF No. 1.
[5] ECF No. 3.